IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RAY ANTHONY BROWN                                                                                    PLAINTIFF

vs.                                             Case No. 4:11-cv-4081

SHERIFF JAMES SINGLETON.
Hempstead County, Arkansas;
CAPTAIN JOHNNY GODBOLT,
Jail Administrator; LIEUTENANT
STEPHEN W. GLOVER, Assistant
Administrator; and SIMENOAL AMOES,
Transport Officer                                                                                    DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed March 12, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. Specifically, Plaintiff has failed to keep the Court and opposing counsel informed of his current address. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**, this 2nd day of April, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge